IMAGE DELETED INCORRECT PDF ATTACHED TO CASE